**FILED**
**APR 1 7 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 08-110 |
| : | (Under Seal) |
| LONNELL GLOVER, : | |
| ROBERT ROBBINS, : | |
| also known as "Country," : | |
| CORNELL ANTHONY GLOVER, : | |
| also known as "Tony," : | |
| JONATHAN WRIGHT, : | |
| also known as "John," and : | |
| also known as "John-John," : | |
| Defendants. : | |

# ORDER

Based on the representations in the government's motion to seal the Indictment, as well as all other pleadings, proceedings, records and files in this case, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters, this Court makes the following:

*Findings of Fact*

The Indictment in this matter represents a portion of the results of an investigation conducted in several jurisdictions. Law enforcement agents and officers in the several jurisdictions will conduct coordinated simultaneous enforcement actions in those several jurisdictions to arrest as many of the defendants as possible. Because the investigation has disclosed that members of the charged conspiracy maintain regular contact, it is reasonable to believe that if any member of the charged conspiracy received advance notice of any enforcement action, defendants would flee, evidence would be destroyed and law enforcement personnel and innocent third parties might be injured in resistance to the enforcement action.

The public docketing at this time of any notice that the government has filed a motion to seal the Indictment and other pleadings, records, proceedings and files and to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion will likely substantially jeopardize the coordinated simultaneous enforcement action in the several jurisdictions and place the personal safety of law enforcement agents and officers involved in the coordinated simultaneous enforcement action, as well as innocent bystanders, at substantial risk.

Based on the representations in the government's motion, and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the Indictment, pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this 17th day of April, 2008, hereby

**ORDERED** that this Order, and the attached government motion to seal the Indictment and other pleadings, recordings, proceedings, and files and to delay entry on the public docket of the filing of this motion to seal with exhibits shall be filed under seal in the Criminal Clerk's office until further order of this Court.  It is

**FURTHER ORDERED** that the Indictment, all proceedings and all pleadings, records and files in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court.  It is

5

**FURTHER ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the Indictment, the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court. It is

**FURTHER ORDERED** that the seal in this shall remain in place until further order of this Court or other Court of competent jurisdiction.

                                            _____
                                            DEBORAH A. ROBINSON, Magistrate Judge
                                            United States District Court
                                            for the District of Columbia

Copy to:

Anthony Scarpelli
William J. O'Malley, Jr.
John K. Han
Assistant United States Attorneys