UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | GRAND JURY ORIGINAL |
| LONNELL GLOVER, | : | |
| | : | |
| ROBERT ROBBINS | : | VIOLATIONS: |
| also known as "Country," | : | 21 U.S.C. §§ 846, 841(a)(1) and |
| | : | 841(b)(1)(A)(ii) |
| | : | (Conspiracy to Distribute and Possess with |
| CORNELL ANTHONY GLOVER, | : | Intent to Distribute Five Kilograms or |
| also known as "Tony," | : | More of Cocaine) |
| | : | |
| JONATHAN WRIGHT, | : | |
| also known as "John," and | : | |
| also known as "John-John," | : | |
| Defendants. | : | |

**COUNT ONE**

From on or about sometime in February 9, 2007, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least June 19, 2007, in the District of Columbia, the District of Maryland, the Southern District of Alabama, and the Southern District of Florida, and elsewhere, **LONNELL GLOVER, ROBERT ROBBINS, also known as "Country,"CORNELL GLOVER also known as "Tony," and JONATHAN WRIGHT, also known as "John," also known as "John-John"** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug

controlled substance, and the quantity of said mixture and substance was five kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

>  (**Conspiracy to Distribute and Possess With Intent to Distribute Five Kilogram or More of Cocaine**, in violation of Title 21, United States Code, Section 846)

A TRUE BILL:


FOREPERSON.



Attorney for the United States in
and for the District of Columbia