AC(Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

SOUTHERN   District of   FLORIDA

| UNITED STATES OF AMERICA V. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| JONATHAN WRIGHT | SEALED  CR 08-110-04-TFH |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| DISTRICT OF COLUMBIA | 08-110 | SOUTHERN DISTRICT OF FLORIDA | 08-6196-SELTZER |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of   21   U.S.C. § 846, 841

FILED MAY 19 2008
Clerk, U.S. District and Bankruptcy Courts

FILED by ____ D.C.
MAY 15 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – FT. LAUD.

**DISTRICT OF OFFENSE**
DISTRICT OF COLUMBIA

**DESCRIPTION OF CHARGES:**

Conspiracy To Distribute And Possess With Intent To Distribute Five Kilograms or More of Cocaine

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) Deft waived removal, deferred bond hrg until his return to Dist of Columbia

| Representation: | Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | No | ☐ Yes | Language: | |

DISTRICT OF   SOUTHERN DISTRICT OF FLORIDA

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

MAY 15TH 2008
Date

_[signature]_
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF FLORIDA

Case No: 08-6196-SELTZER
Your Case No.08-110

United States of America

vs-

**WAIVER OF REMOVAL HEARING**

**Jonathan Wright**

I, Jonathan Wright, charged in a proceeding on a Indictment filed in the District of Columbia in Violation of 21:USC 846, 841 (Conspiracy To Distribute And Possess With Intent To Distribute Five Kilograms Or More of Cocaine) and having been arrested in the Southern District of Florida (Fort Lauderdale) and taken before Barry S. Seltzer, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate judge and consent to the issuance of a warrant for my removal to the District of Columbia where the aforesaid charge is pending against me.

..May 15th ...., 2008

_Jonathan Wright_
Signature of defendant

_Barry S. Seltzer_ — 5/15/08
Barry S. Seltzer
United States Magistrate Judge (5-15-08)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs

Case No: 08-6196-SELTZER

JONATHAN WRIGHT

FILED by _____ D.C.

MAY 15 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – FT. LAUD

## ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED INDICTMENT.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the INDICTMENT filed in the District of Columbia be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 15th day of May, 2008.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record

**UNITED STATES COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES****

**U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA**

DEFT: JONATHAN WRIGHT (J)#     CASE NO: 08-6196-SELTZER

AUSA: JEFF NEIMAN     ATTY:

AGENT:     VIOL: 21:USC 841

PROCEEDING: INITIAL APPEARANCE ON REMOVAL DISTRICT OF COLUMBIA     RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no     COUNSEL APPOINTED: FPD (Lopez)

BOND SET @:     To be cosigned by:

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full-time employment.
- ☐ No contact with victims / witnesses
- ☐ No firearms.
- ☐ Curfew/Electronic Monitoring: _____
- ☐ Travel extended to: _____
- ☐ Other: _____

Handwritten notes:
- ∆ - Advised of charges.
- Sworn/test for Court Appointment. Court finds Deft indigent. FPD Appointed
- Gov't Recommends PTD (3 days). ∆ - Waived identity hrg.
- ∆ - Waived Removal, Signed Waiver
- Deferred Bond Hrg until his Return to Dist Columbia
- Court finds Good Cause. Commitment Order Signed.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

REPORT RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN OR REMOVAL

STATUS CONFERENCE:

DATE: 5/15/08    TIME: 11:00 AM    FTL/TAPE/BSS# 08- 25    Begin: 1400-1630    5

{15 mins} Recalled 1635-1765

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-6196-SELTZER

UNITED STATES OF AMERICA

    Plaintiff,

**ORDER ON INITIAL APPEARANCE**
Language   English
Tape No.   08-BSS-
AUSA   Jeff Neiman
Agent

v.

JONATHAN WRIGHT
    Defendant.

_____

    The above-named defendant having being arrested on 5/14/08 and having appeared before the court for initial appearance on 5/15/08 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

2. _Federal Public Defender_ appointed as permanent counsel of record.
   Address: _1 East Broward Blvd_ Zip Code: _____
   Telephone: _954-356-7436_

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____
   before Judge _____.  _Waived Removal._

4. Arraignment/Preliminary/Removal/Identity hearing is set for _@11:00 A.M._ before Judge _____.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ___
_____ A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _____ at _____ before Judge _____.  _Deferred Bond Hearing_

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____ This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office and do not obtain passport.
___ b. Report to Pretrial Services as follows: _____ as directed; _____ times a week /month by phone, _____ times a week/month _____ in person; _other:_ _____
___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___ d. Maintain or actively seek full time gainful employment.
___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew: _____
___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.



___j. Comply with the following additional special conditions of this bond:_____

_____

        bond was set: At Arrest _____
                     On Warrant _____
                     After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at Fort Lauderdale, Florida this 15th day of May, 2008.

                                                  BARRY S. SELTZER
                                                  UNITED STATES MAGISTRATE JUDGE

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation

05/15/2008 09:52 FAX 202 354 3008    USDC CRIMINAL DIVISION                    ☒002/003

FILED IN OPEN COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEALED**

APR 17 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08 - 110 |
| v. | : | |
| | : | GRAND JURY ORIGINAL |
| LONNELL GLOVER, | : | |
| | : | |
| ROBERT ROBBINS | : | VIOLATIONS: |
| also known as "Country," | : | 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(ii) |
| | : | (Conspiracy to Distribute and Possess with |
| CORNELL ANTHONY GLOVER, | : | Intent to Distribute Five Kilograms or |
| also known as "Tony," | : | More of Cocaine) |
| | : | |
| JONATHAN WRIGHT, | : | |
| also known as "John," and | : | |
| also known as "John-John," | : | |
| Defendants. | : | |

FILED by _____ D.C.
MAY 15 2008
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

08-6196BSS

HOGAN, C. J. TFH

**COUNT ONE**

B

From on or about sometime in February 9, 2007, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least June 19, 2007, in the District of Columbia, the District of Maryland, the Southern District of Alabama, and the Southern District of Florida, and elsewhere, **LONNELL GLOVER, ROBERT ROBBINS, also known as "Country," CORNELL GLOVER also known as "Tony," and JONATHAN WRIGHT, also known as "John," also known as "John-John"** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the quantity of said mixture and substance was five kilograms or more,

Case Related To 07CR153 (TFH)

in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

**(Conspiracy to Distribute and Possess With Intent to Distribute Five Kilogram or More of Cocaine**, in violation of Title 21, United States Code, Section 846)

A TRUE BILL.

FOREPERSON.

Attorney for the United States in
and for the District of Columbia

2

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
## CRIMINAL DOCKET FOR CASE #: 0:08-mj-06196-BSS-ALL
### Internal Use Only

Case title: USA v. Wright                                       Date Filed: 05/15/2008

Assigned to: Magistrate Judge Barry S. Seltzer

**Defendant**

**Jonathan Wright** (1)
*TERMINATED: 05/15/2008*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:846=CD.F, 21:841A=CD.F | This case has been ordered returned to District of Columbia for further court proceedings. |

**Plaintiff**

USA                           represented by    **Jeffrey A. Neiman**
                                                United States Attorney's Office
                                                500 East Broward Boulevard
                                                7th Floor
                                                Fort Lauderdale, FL 33394
                                                954-356-7255 ext 3595
                                                Email: jeffrey.a.neiman@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2008 | 1 | COPY OF INDICTMENT from the District of Columbia as to Jonathan Wright: (dd) (Entered: 05/16/2008) |
| 05/15/2008 |   | Arrest of Jonathan Wright (dd) (Entered: 05/16/2008) |
| 05/15/2008 | 2 | Notice of Assignment of Assistant Federal Public Defender as to Jonathan Wright. (dd) (Entered: 05/16/2008) |
| 05/15/2008 | 3 | Order to Unseal Indictment (from D. of C.) as to Jonathan Wright. Signed by Magistrate Judge Barry S. Seltzer on 5/15/08. (dd) (Entered: 05/16/2008) |
| 05/15/2008 | 4 | Minute Entry for proceedings held before Judge Barry S. Seltzer : Initial Appearance in Rule 5(c)(3) Proceedings as to Jonathan Wright held on 5/15/2008 (Tape #08-25.) (dd) (Entered: 05/16/2008) |
| 05/15/2008 | 5 | WAIVER of Rule 5(c)(3) Hearing by Jonathan Wright (dd) (Entered: 05/16/2008) |
| 05/15/2008 | 6 | ORDER OF REMOVAL to District of District of Columbia as to Jonathan Wright Signed by Magistrate Judge Barry S. Seltzer on 5/15/08. (dd) (Entered: 05/16/2008) |
| 05/15/2008 |   | CASE CLOSED IN SD/FL. Matter set back to District of Columbia for further court proceedings. (dd) (Entered: 05/16/2008) |
| 05/15/2008 | 7 | Transmittal Letter as to Jonathan Wright sent to District of Columbia with Rule 5 papers and docket sheet (dd) (Entered: 05/16/2008) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Court Administrator * Clerk of Court

299 East Broward Boulevard
Fort Lauderdale, Florida  33301
(954)769-5403

May 15, 2008

```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
1225 E. BARRETT PRETTYMAN
UNITED STATES COURTHOUSE
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001
202-354-3000
IN RE:  USA vs. JONATHAN WRIGHT
Our Case No: 08-6196-SELTZER
Your Case No: 08-CR-110
```

Dear Fellow Clerk:

Please find enclosed our original Magistrate file and a copy of the docket sheet which is being transferred to your jurisdiction pursuant to an Order of Removal (Rule 40).  Any cash bond which may have been posted will be forwarded at a later date from the Financial Section of this District.

Please acknowledge receipt on the copy of this letter.

Respectfully,

STEVEN M. LARIMORE
COURT ADMINISTRATOR/CLERK OF COURT

by: _____
    Aaron Tijerino, Deputy Clerk

Receipt acknowledged by: _____

                    Print Name:_____

                         Title:_____

                          Date:_____

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*