# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 08-110 #4 | MAGIS. NO: |
| V.<br><br>JONATHAN WRIGHT<br>also known as "John"<br>also known as "John-John"<br><br>SEALED<br><br>DOB: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Jonathan Wright | |
| WARRANT ISSUED ON THE BASIS OF:    INDICTMENT | DISTRICT OF ARREST | UNSEALED |
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE

**FILED**

JUN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>21: 846; 841(a)(1) and 841(b)(1)(A)(ii) |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED:<br>4/17/08 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>[signature] | DATE:<br>4/17/08 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 18June 2008<br>DATE EXECUTED 6/18/08<br>HIDTA CASE:    Yes    No X | NAME AND TITLE OF ARRESTING OFFICER<br><br>DUSM Robert C. Byas | SIGNATURE OF ARRESTING OFFICER<br>[signature]<br>OCDETF CASE:    Yes    No X |
|---|---|---|

1479297