IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 08-110-04 (TH) |
| ) | |
| ) | |
| JONATHAN WRIGHT | |
| _____ | |

**APPEARANCE**

The Clerk of the United States District Court for the District of Columbia, Criminal Division, will kindly note that Joseph Beshouri, Esquire, a member in good standing with the District of Columbia Bar, hereby enters his appearance on behalf of the defendant, Jonathan Wright, in place of Assistant Federal Public Defender Davis Bos.

Respectfully submitted,

　　//s//
JOSEPH BESHOURI
419 - 7th Street, N.W., Suite 405
Washington, D.C. 20004
(202) 842-0420
jbeshouri@aol.com

Counsel for Jonathan Wright