IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 08-110-04 (TH) |
| ) | |
| ) | |
| JONATHAN WRIGHT | |
| _____ | |

**MOTION TO WITHDRAW**

Undersigned counsel respectfully moves to withdraw in favor of substituted appointed counsel.

In support thereof, counsel states:

Counsel has just learned that he has been selected to be a Magistrate Judge in the Superior Court for the District of Columbia. Chief Judge Lee Satterfield has asked counsel to make best efforts to conclude his matters and be available to begin training by March 16, 2009.

In the instant matter, no trial date has yet been set for the three remaining defendants as this matter has been trailing a related trial in United States v. Lonnell Glover, Criminal No. 07-153.[1] Moreover, co-defendant Robert Robbins was himself just appointed new counsel, Joseph Virgilio, Esquire. For these reasons it would appear that neither Mr. Wright nor the Government would be prejudiced by counsel's withdrawal.

Federal Public Defender A.J. Kramer has been advised of the above-noted circumstances and is working to arrange for the appointment of new counsel.

---

[1] The trial of that related matter was scheduled to begin this month, but has for reasons unknown to counsel been delayed.

In anticipation of the status hearing in this matter set for tomorrow, at which counsel would hope to take up this motion, counsel will meet this day with Mr. Wright to advise of the above-noted circumstances.

WHEREFORE, for the above-noted reasons, undersigned counsel respectfully moves to withdraw in favor of substitute appointed counsel.

Respectfully submitted,

//s//
JOSEPH BESHOURI
419 - 7th Street, N.W., Suite 405
Washington, D.C. 20004
(202) 842-0420
jbeshouri@aol.com