IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                            TFH  08-CR-110-04

JONATHAN WRIGHT

MOTION TO JOIN MOTION TO DISMISS INDICTMENT

After review of Document 29, *Motion to Dismiss Indictment for Lack of a Speedy Trial*, filed by Joseph Virgilio, counsel for Robert Robbins, counsel for Jonathan Wright believes the position expressed by Mr. Vigilio applies with equal force to Mr. Wright, wherefore it is respectfully requested that this Court allow Mr. Wright to adopt the arguments presented on behalf of Mr. Robbins.


 s/
Thomas J. Saunders
Federal Bar # 25084
3600 Clipper Mill Road, Suite 201
Baltimore, MD
202-320-8968
thomas.j.saunders@gmail.com
Court Appointed Counsel for Jonathan Wright