In Open Court
FILED
APR 30 2009
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

Let this be filed.
/s/ TFH
4/30/09

United States District Court
For The District of Columbia

United States of America : Case No. 1:08-cr-110
          v.              :
Lonnell G. Glover         :

Motion To Adopt Dismiss Indictment
For Lack Of A Speedy Trial

Come now before the Court, Mr. Lonnell G. Glover, Pro se and respectfully moves to Dismiss The Indictment in the above captioned case for lack of speedy trial under the Speedy Trial Act, 18 U.S.C. §§ 3161, 3162 (a)(2) and under the Six Amendment to the United States Constitution. In support of this motion I, Lonnell G. Glover states the following.

1. Background

I, Lonnell G. Glover was indicted on April 17, 2008 on one count of conspiracy to distribute and possess with intent to distribute five kilograms or more of cocaine, in violation of 21 U.S.C. §§ 846, 841 (a)(1) and 841 (b)(1)(A)(ii). The indictment alleged that the conspiracy ran from February 9, 2007 up to June 9, 2007 and took place in the District of Columbia.

Alabama, Florida, and elsewhere. The bulk of the Government's evidences is base on electronic interception of communications.

Lonnell G. Glover and Cornell Glover were arraigned on September 3, 2008 in before Judge Thomas F. Hogan. At the Government's request defendants were held with out bond pending trial.

At a status conference on February 25, 2009 Lonnell G. Glover moved the Court and requested that he be credited for the time from April 17, 2008 til September 3, 2008 because he was already in the custody of the government for another alleged conspiracy from which this indictment was derived. The Government waited, in this case, to arraign defendant Lonnell G Glover until defendant's Wright and Robbins were extradited to D.C., even though defendant Glover was available on April 17, 2008 the day he was indicted, to be arraigned.

In June of 2008, defendant Glover discovered that he was indicted in this alleged conspiracy. He informed his attorney Mr. Balarezo about this matter Mr. Balarezo contacted the AUSA office and enquired about the indictment. Their office however denied that Glover had been indicted in this case.

On July 21, 2008 Glover appeared in front of Judge Hogan for a status hearing related to case no. 07-153 during this hearing defense attorney Eduardo Balarezo via telephone announced to the court that he had finally found the indictment no. 08-110-02, which Glover had previously informed him dated April 17, 2008. The same indictment which the AUSA office denied there being. This is just one demonstration of many of the prosecutor's unethical tactic's that Mr. O'Malley, Mr. Scarpelli, Mr. Han and Mr. Wiegand have resorted to since the very beginning of this case.

04/29/09
DATE

Respectfully Submitted
Lonnell G. Glover, Pros

Certificate of Service

I hereby certify and declare, that a true and accurate copy of the foregoing motion to proceed in Pro se Forma Pauperis will be hand deliver on this 30 day of April, 2009, to make service on the United States Attorney's Office for the District of Columbia, Washington, DC