IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                        TFH  08-CR-110-04

JONATHAN WRIGHT

NOTICE OF INTENT TO RELY ON MEMORANDUM IN SUPPORT OF
DISMISSING THE INDICTMENT WITH PREJUDICE

Document 40, filed by Joseph Virgilio, counsel for Robert Robbins, counsel for Jonathan Wright believes the position expressed by Mr. Vigilio applies with equal force to Mr. Wright, wherefore it is respectfully requested that this Court allow Mr. Wright to adopt the arguments presented on behalf of Mr. Robbins. Mr. Wright notes that he has requested a speedy trial at every stage of this case over the year he has been neld in custody.

In addition, Mr. Wright also requests that if this Court determines that it will not dismiss for prejudice, given the year long pre-trial incarceration of Mr. Wright that Mr. Wright be released on personal recognizance until trial commences.

 s/_____
Thomas J. Saunders
Federal Bar # 25084
3600 Clipper Mill Road, Suite 201
Baltimore, MD
202-320-8968
thomas.j.saunders@gmail.com
Court Appointed Counsel for Jonathan Wright