IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                TFH  08-CR-110-04

JONATHAN WRIGHT

NOTICE OF APPEAL

Jonathan Wright appeals the decision of the trial court which terminated the above prosecution for a Violation of the Speedy Trial Act without prejudice, instead of with prejudice. [He has been reindicted on the same charges in 09-275 M.]

 s/
Thomas J. Saunders
Federal Bar # 25084
3600 Clipper Mill Road, Suite 201
Baltimore, MD
202-320-8968
thomas.j.saunders@gmail.com
Court Appointed Counsel for Jonathan Wright