UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN WRIGHT,<br><br>   Also known as John-John,<br><br>                    Defendant. | Crim. Action No.  08-110-4 (TFH) |

## NOTICE

On May 15, 2009, the undersigned received an ex parte letter from the defendant that is dated May 4, 2009, and contains material that is subject to the attorney-client privilege. Accordingly, the defendant's letter will be filed under seal pending further order of the Court.

May 19, 2009

_____
Thomas F. Hogan
United States District Judge

EXPARTE